1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   NATIVIDAD GUTIERREZ,                      No. 1:13-CV-001361-AWI-MJS

12              Plaintiff,

13        v.                                   **ORDER RE: DISPOSITIVE DOCUMENTS
                                               AFTER NOTICE OF SETTLEMENT**
14   OTHMAN ALTAM, et al.;

15              Defendant.

16                                             **DISPOSITIVE DOCUMENTS SHALL BE
                                               FILED WITHIN 30 DAYS .**

17                                             **(ECF. 14)**

18

19        On December 9, 2013, Plaintiff, Natividad Gutierrez, notified the Court that the

20   above captioned matter settled in its entirety.  In accordance with the provisions of Local

21   Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be

22   submitted no later than 30 days from the date of this Order.

23        Failure to comply with this order may be grounds for the imposition of sanctions

24   on any and all counsel or parties who contributed to the violation of the order.

25   ///

26   ///

27   ///

28   ///

                                              1

1

2        ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY

3   VACTED.

4

5

6

7   IT IS SO ORDERED.

8       Dated:    December 11, 2013        /s/ *Michael J. Seng*

9                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28