UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>OTHMAN ALTAM, et al.;<br><br>  Defendant. | No. 1:13-CV-001361-AWI-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS .**<br><br>**(ECF. 14)** |

On December 9, 2013, Plaintiff, Natividad Gutierrez, notified the Court that the above captioned matter settled in its entirety. In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days from the date of this Order.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of the order.

///

///

///

///

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACTED.

IT IS SO ORDERED.

Dated:     December 11, 2013            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE