Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIVIDAD GUTIERREZ, | ) | No.  1:13-cv-01361-AWI-MJS |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | **OF ACTION;  ORDER** |
| OTHMAN ALTAM, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 9, 2014          MOORE LAW FIRM, P.C.


_/s/Tanya E. Moore_____
Tanya E. Moore
Attorneys for Plaintiff
Natividad Gutierrez

1

2                                    **ORDER**

3          Good cause appearing,

4          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

5

6    IT IS SO ORDERED.

7    Dated:   January 9, 2014        _____

8                                    SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28